In the Matter of the Estate of Solomon W. Ashheim,
Deceased.

Aaron Cohn, as Executor, Appellant; Saul W. Wolfenstein
et al., Respondents.

*Matter of Ashheim*, 111 App. Div. 176, affirmed.
(Submitted June 6, 1906; decided June 21, 1906.)

Appeal, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered February 14, 1906, which affirmed an order of
the New York County Surrogate's Court directing the appel-
lant herein to file his account as executor of Solomon W.
Ashheim, deceased.

The following questions were certified:

"*First.* Is an executor who has duly qualified and received
assets of his testator's estate, for which he has never
accounted, so far a trustee as to bring him within the rule
that the Statute of Limitations does not commence to run in
favor of a trustee, against one otherwise entitled to an account,
until such trustee has repudiated his trust?

"*Second.* Where a third party is created by will a trustee,
for a term not yet expired, of personal property, of which, as
assets of his testator's estate, the executor of such will has
taken possession, but has not delivered the same to the trustee
or accounted therefor, is the lapse of over twenty years from
the issuance of letters testamentary a bar to a proceeding to
compel such executor to account, by one interested in said
trust as a contingent remainderman not yet entitled to receive
any benefit therefrom?"

*Sol. A. Cohn* for appellant.

*John De Witt Warner* for respondents.

Order affirmed, with costs, on opinion below. First ques-
tion certified answered in the affirmative; second, in the
negative.

Concur: Cullen, Ch. J., Gray, O'Brien, Edward T.
Bartlett, Werner, Hiscock and Chase, JJ.